IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

```
UNITED STATES OF AMERICA,       )
                                )
          Plaintiff,            )
                                )
     v.                         )
                                )
$44,379.00 IN U.S. CURRENCY,    )       1:23-cv-701
                                )
          Defendant,            )
                                )
********************************
                                )
MARKELL DAVIS,                  )
                                )
          Claimant.             )
```

**ORDER**

This matter is before the court for review of the Memorandum Opinion and Recommendation ("Recommendation") filed on August 19, 2025, by the Magistrate Judge in accordance with 28 U.S.C. § 636(b). (Doc. 24.) The Magistrate Judge recommends that the record evidence establishes Plaintiff's entitlement to judgment as a matter of law as against Claimant Davis and the court should therefore grant Plaintiff's Motion for Summary Judgment. The Recommendation was served on the parties on August 19, 2025. (Doc. 25.) Claimant, Markel Davis, filed timely

objections, (Doc. 26), to the Recommendation.[1]

This court is required to "make a de novo determination of those portions of the [Magistrate Judge's] report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1). This court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the [M]agistrate [J]udge. . .[,] or recommit the matter to the [M]agistrate [J]udge with instructions." Id.

This court has considered Plaintiff's arguments in his objections and has made a de novo determination which is in accord with the Magistrate Judge's Recommendation. This court therefore adopts the Recommendation.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 24), is **ADOPTED. IT IS FURTHER ORDERED** that Plaintiff United States of America's Motion for Summary Judgment, (Doc. 16), is **GRANTED** and judgment shall be entered in favor of Plaintiff on the claim to Defendant currency by Claimant Davis.

A Judgment of forfeiture in favor of the United States will be entered contemporaneously with this Order.

---

[1] Claimant, in his objections, notes a reservation "of his rights under 18 U.S.C. § 983(g) if and when . . . the Defendant property is adjudicated to be forfeited." (Doc. 26 at 3.) The court finds this sentence insufficient to require a hearing on proportionality in the absence of any tender of evidence.

- 2 -

This the 15th day of September, 2025.

                                                   /s/ William L. Osteen, Jr.
                                                  United States District Judge